**Order entered February 20, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00105-CR

**DARRYL JACKSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. MB11-35023-F**

## ORDER

The clerk's record filed in this appeal does not contain a copy of appellant's notice of appeal. Accordingly, the Court **ORDERS** the Dallas County Clerk to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing a copy of appellant's notice of appeal.

/s/      DAVID EVANS
           JUSTICE